# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RONALD DEVAZIER                                                    PLAINTIFF

v.                          No. 3:19-cv-71-DPM

SONAL HOSPITALITY, LLC,
d/b/a Hallmarc Inn                                                 DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2019